# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>    Petitioner,<br><br>    v.<br><br>BRYAN PHILLIPS, Warden,<br><br>    Respondent. | Case No. 1:23-cv-01723-SKO-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT<br>[Doc. 7]<br><br>ORDER SUBSTITUTING BRYAN PHILLIPS AS RESPONDENT IN THIS MATTER |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 15, 2023, Petitioner filed his federal petition for writ of habeas corpus. He named the People of the State of California as Respondent in this matter. On December 19, 2023, the Court advised Petitioner that he had failed to name a proper respondent. Petitioner was granted leave to file a motion to amend to name a proper respondent.

    On December 19, 2023, Petitioner filed a motion to amend the petition to name Bryan Phillips as Respondent in this matter. Petitioner has named the proper respondent since Bryan Phillips is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///

///

///

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is GRANTED. Bryan Phillips, Warden, is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

Dated: **January 2, 2024**             /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE