# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>           Petitioner,<br><br>      v.<br><br>BRYAN PHILLIPS, Warden,<br><br>           Respondent. | Case No.  1:23-cv-01723-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT PETITION WITH EXHIBITS<br><br>[Doc. 11] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 15, 2023, Petitioner filed his federal petition for writ of habeas corpus.  (Doc. 1.)  On January 3, 2024, the Court directed Respondent to file a response to the petition. (Doc. 9.)  On January 8, 2024, Petitioner filed the instant motion to amend and supplement his petition with exhibits.  (Doc. 11.)  Petitioner states he was unaware that he failed to attach his exhibits to the petition.  He requests that the exhibits he has attached to his motion be included with his petition.   Generally, the Court would direct Petitioner to file an amended petition including the exhibits; however, in the interest of judicial efficiency, Petitioner's motion will be granted, and the attached exhibits will be considered as part of the petition.

/////

/////

1

**ORDER**

Accordingly, Petitioner's motion to amend and supplement the petition with exhibits attached to his motion (Doc. 11) is GRANTED.

IT IS SO ORDERED.

Dated:   **January 9, 2024**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE