# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRYAN PHILLIPS, Warden,<br><br>　　　　　Respondent. | Case No.  1:23-cv-01723-JLT-SKO-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION TO VACATE BRIEFING SCHEDULE PENDING RESOLUTION OF MARSDEN TRANSCRIPT ISSUES<br><br>[Doc. 17] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 3, 2024, the Court issued an order setting a briefing schedule in this case directing Respondent to file a response within sixty days.  On February 22, 2024, Respondent filed a motion to unseal confidential state court transcripts.  (Doc. 17.)  Respondent moved to vacate the briefing schedule pending resolution of this matter.

　　　　Good cause having been presented, the Court hereby GRANTS Respondent's motion to vacate the briefing schedule until such time as the issues involving the hearing transcripts are resolved.  The Court will address the other issues in the motion by separate order.

IT IS SO ORDERED.

Dated:  __**February 23, 2024**__　　　　　　　　　　　　__/s/ *Sheila K. Oberto*___
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1