# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TAMMY CAMPBELL, Warden,<br><br>　　　　Respondent. | Case No.  1:23-cv-01723-JLT-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND RESPONDENT<br><br>[Doc. 20] |

On March 4, 2024, Petitioner filed the instant motion to amend Respondent.  Petitioner states he has been transferred from Corcoran SATF to Corcoran State Prison. The warden at Corcoran State Prison is Tammy Campbell.  The warden of the prison in which the petitioner is incarcerated is the proper respondent because the warden has "day-to-day control over" the petitioner. <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992).  Good cause having been presented, Petitioner's motion to amend Respondent to Tammy Campbell is GRANTED.

IT IS SO ORDERED.

Dated:　**March 5, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE