# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>  Petitioner,<br><br>  v.<br><br>BRYAN PHILLIPS, Warden,<br><br>  Respondent. | Case No.  1:23-cv-01723-JLT-SKO-HC<br><br>ORDER REGARDING RESPONDENT'S MOTION TO UNSEAL CONFIDENTIAL STATE COURT TRANSCRIPTS AND PETITIONER'S MOTION TO PRODUCE MARSDEN HEARING TRANSCRIPTS<br><br>[Docs. 17, 22] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 3, 2024, the Court issued an order setting a briefing schedule directing Respondent to file a response within sixty days.  (Doc. 9.)

On February 22, 2024, Respondent filed a motion to unseal confidential state court transcripts and a motion directing Petitioner to produce the *in camera* Marsden[1] hearing transcripts concerning his complaints against trial counsel.  (Doc. 17.)  Briefing was stayed pending resolution of the matter.  (Doc. 19.)

On March 22, 2024, Petitioner filed a response to Respondent's motion. (Doc. 22.) Petitioner agrees that the hearing transcripts should be unsealed, and he has attached copies of transcripts of the two Marsden hearings held on November 21, 2017, and December 14, 2017.

---

[1] People v. Marsden, 2 Cal.3d 118 (1970).

(Doc. 22 at 6-45.)

Good cause having been presented, the Court GRANTS Respondent's motion to unseal the transcripts pursuant to Local Rule 141(f).  As Petitioner has produced the hearing transcripts, Respondent's motion for an order directing Petitioner to do so is DISMISSED as moot.  Since the matter involving production of hearing transcripts is now resolved, Respondent is DIRECTED to file a response to the petition within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:     **April 2, 2024**                          /s/ *Sheila K. Oberto*                
                                                               UNITED STATES MAGISTRATE JUDGE