# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA, | Case No.  1:23-cv-01723-JLT-SKO-HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR RECONSIDERATION, VACATING BRIEFING SCHEDULE, AND DIRECTING PETITIONER TO SUBMIT TRANSCRIPTS |
| v. | |
| BRYAN PHILLIPS, Warden, | [Doc. 24] |
| Respondent. | ORDER STRIKING DOCKET ENTRY #25 AS DUPLICATIVE |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 3, 2024, the Court issued an order setting a briefing schedule directing Respondent to file a response within sixty days.  (Doc. 9.)

On February 22, 2024, Respondent filed a motion to unseal confidential state court transcripts and a motion directing Petitioner to produce the *in camera* Marsden[1] hearing transcripts regarding his complaints against trial counsel.  (Doc. 17.)  Briefing was stayed pending resolution of the matter.  (Doc. 19.)

On March 22, 2024, Petitioner filed a response to Respondent's motion. (Doc. 22.) Petitioner agrees that the hearing transcripts should be unsealed, and he has attached copies of transcripts of two Marsden hearings held on November 21, 2017, and December 14, 2017. (Doc.

---

[1] People v. Marsden, 2 Cal.3d 118 (1970).

22 at 6-45.)  On April 3, 2024, the Court granted Respondent's motion to unseal the transcripts and directed Respondent to file a response to the petition.

On April 5, 2024, Respondent filed a motion for reconsideration of the order.[2]  (Doc. 24.) Respondent states that although Petitioner submitted transcripts of *in camera* <u>Marsden</u> hearings conducted on November 21, 2017, and December 14, 2017, he failed to produce the transcript of the *in camera* <u>Marsden</u> hearing held on September 18, 2018.  Respondent states that this transcript is necessary for resolution of Petitioner's claims.  Respondent is correct.  Therefore, Petitioner will be directed to produce the transcript pursuant to 28 U.S.C. § 2254(f).

Good cause having been presented, the Court GRANTS Respondent's motion to reconsider the April 3, 2024, order.  Within thirty (30) days of the date of service of this Order, Petitioner is directed to produce a copy of the transcript of the September 18, 2018, *in camera* <u>Marsden</u> hearing or state why he is unable to produce it, and he is directed to declare his position on unsealing the transcript.  The briefing schedule is vacated pending resolution of this matter.

IT IS SO ORDERED.

Dated:   **April 8, 2024**                                      /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

---

[2] It appears Respondent mistakenly submitted the motion twice.  The duplicate filing will be stricken.