# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRYAN PHILLIPS, Warden,<br><br>　　　　Respondent. | Case No. 1:23-cv-01723-JLT-SKO-HC<br><br>ORDER DIRECTING RESPONDENT TO REQUEST CALIFORNIA COURT OF APPEAL TO TRANSMIT <u>MARSDEN</u> TRANSCRIPT UNDER SEAL |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 5, 2024, the Court directed Petitioner to produce a copy of the transcript of the September 18, 2018, *in camera* <u>Marsden</u> hearing or state why he is unable to produce it and declare his position on unsealing the transcript. (Doc. 26.) On April 26, 2024, Petitioner filed a response to the order stating he is not in possession of the transcript and is therefore unable to provide it. (Doc. 27.) He agrees that the transcripts are necessary to the resolution of his claims.

///
///
///
///
///

1

For the foregoing reasons, the Court hereby DIRECTS Respondent to request that the California Court of Appeal transmit the transcripts of the Marsden hearing held on September 18, 2018, to this Court under seal.

IT IS SO ORDERED.

Dated:  **April 29, 2024**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE