# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>    Petitioner,<br><br>    v.<br><br>BRYAN PHILLIPS, Warden,<br><br>    Respondent. | Case No. 1:23-cv-01723-JLT-SKO-HC<br><br>ORDER REGARDING PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE AND DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION<br><br>[Doc. 29]<br><br>[THIRTY-DAY DEADLINE] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 3, 2024, the Court issued an order setting a briefing schedule in this case. Respondent was directed to file a response within sixty days.

    On February 22, 2024, Respondent filed a motion to unseal confidential state court transcripts. (Doc. 17.) Respondent stated that the <u>Marsden</u> transcripts were necessary for resolution of some of Petitioner's claims. Respondent further moved to vacate the briefing schedule pending resolution of this matter.

    On February 26, 2024, the Court vacated the briefing schedule. (Doc. 19.) On May 10, 2024, Respondent submitted a copy of the <u>Marsden</u> transcript to the Court. On June 26, 2024, Petitioner filed the instant motion to issue an order to show cause. (Doc. 29.) The <u>Marsden</u> transcript matter having now been resolved, briefing may resume.

Accordingly, Respondent is DIRECTED to file a response to the petition within thirty (30) days of the date of service of this order. Petitioner may file a traverse within thirty (30) days of the date Respondent's files its answer.

IT IS SO ORDERED.

Dated: **July 3, 2024**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2