IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGEL M. GARZA,** | 1:23-cv-01723-JLT-SKO (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **TAMMY CAMPBELL,** | |
| Respondent. | |

   Good cause appearing, the September 18, 2018, *Marsden* hearing transcript is unsealed and a copy shall be transmitted to the parties.

   Respondent's response to the Petition shall be extended to thirty (30) days from the receipt of the transcript.

IT IS SO ORDERED.

Dated:   **July 19, 2024**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

1