# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>          Petitioner,<br><br>     v.<br><br>TAMMY CAMPBELL,<br><br>          Respondent. | Case No. 1:23-cv-01723 JLT SKO (HC)<br><br>ORDER DENYING MOTION TO COMPEL A DECISION<br><br>(Doc. 62) |

Angel Garza is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2025, Petitioner filed a motion to compel the Court's decision on his petition, claiming the case is ripe for judgment. (Doc. 62.) However, the same date, Petitioner filed a notice of appeal regarding the Court's order denying his motion for evidentiary hearing. (Doc. 63.) The Court processed his appeal, and the matter is currently pending before the Ninth Circuit Court of Appeals. (Doc. 64.)

The filing of a notice of appeal generally divests the district court of jurisdiction. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Consequently, this Court was divested of jurisdiction upon Petitioner's filing of the notice of appeal on July 21, 2025.

1

Even if Petitioner had not filed a notice of appeal, his motion to compel this Court's decision would be denied. The Court is aware the Findings and Recommendations regarding the merits of the petition are pending. However, Plaintiff filed a motion for an evidentiary hearing only days after filing objections, which delayed any review of the merits pending resolution of that motion. Moreover, the Eastern District Court, one of the busiest district courts in the country, is operating under an ongoing judicial emergency and is burdened with a substantial backlog. Any de novo reviews, which are required after any objections are filed, are performed as soon as is practicable under the Court's extraordinary caseload. Thus, the Court **ORDERS**: Petitioner's motion to compel (Doc. 62) is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 5, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE