1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGEL M. GARZA,                    No.  1:23-cv-01723 JLT SKO (HC)

12              Petitioner,              ORDER DISMISSING REQUEST FOR
                                         STATUS
13        v.
                                         (Doc. 69)
14   TAMMY CAMPBELL,

15              Respondent.

16

17

18        Petitioner filed a request for status of his appeal on September 19, 2025. (Doc. 69.)

19   Petitioner states he has received notice from the Ninth Circuit Court of Appeals that his appeal

20   was dismissed because the order he appealed was not final or immediately appealable. Petitioner

21   states he is confused as to the status of his case and whether proceedings in the District Court

22   have concluded.

23        Petitioner is advised that the case is ongoing. On May 6, 2025, the undersigned issued

24   Findings and Recommendations to deny the petition. (Doc. 55.) Upon the filing of Petitioner's

25   objections, the Findings and Recommendations were submitted to the District Judge and are

26   currently pending review along with his objections.

27        The appeal that was dismissed by the Ninth Circuit concerned Petitioner's motion for

28   evidentiary hearing, which he filed on July 2, 2025, subsequent to the Findings and

1

Recommendations. (Doc. 59.) The Court denied the motion on July 3, 2025, (Docs. 60), and Petitioner filed a notice of appeal concerning that order on July 21, 2025, (Doc. 63). Petitioner specifically stated that he "hereby gives NOTICE OF APPEAL from this Court's order that denied Petitioner's motion for evidentiary hearing Doc. 59 on July 3, 2025." (Doc. 63 at 1.) However, that order was not a final order or immediately appealable. Accordingly, the Ninth Circuit dismissed the appeal as to that order.

        In summary, Petitioner is advised that the case remains pending before the District Court, and Petitioner's request for status is DISMISSED.

IT IS SO ORDERED.

Dated:   **September 22, 2025**                    _/s/ Sheila K. Oberto_
                                                UNITED STATES MAGISTRATE JUDGE

2