UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. GARZA,<br><br>             Petitioner,<br><br>    v.<br><br>TAMMY CAMPBELL,<br><br>             Respondent. | No.  1:23-cv-01723-JLT-SKO (HC)<br><br>**ORDER DISMISSING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(Doc. 66)** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 21, 2025, Petitioner filed a notice of appeal of the denial of his motion for evidentiary hearing.  (Doc. 63.) On August 1, 2025, Petitioner filed a motion to proceed in forma pauperis on appeal. (Doc. 66.) On September 4, 2025, the Ninth Circuit Court of Appeals dismissed Petitioner's appeal. (Doc. 68.) Because the appeal has been dismissed, the Court DENIES Petitioner's motion as moot.

IT IS SO ORDERED.

Dated:   **December 2, 2025**               /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

1