UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL M. GARZA,

Petitioner,

v.

TAMMY CAMPBELL,

Respondent.

Case No.: 1:23-cv-01723-JLT-EGC (HC)

**ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT**

(Doc. 76)

## I. INTRODUCTION

On December 5, 2025, the Court denied Petitioner's petition for writ of habeas corpus (Doc. 73), judgment was entered (Doc. 74), and the case was closed.

On December 15, 2025, Petitioner filed a notice of appeal (Doc. 75) and a motion for leave to proceed *in forma pauperis* (IFP) on appeal (Doc. 76).

## II. DISCUSSION

Rule 24 of the Federal Rules of Appellate Procedure provides, in pertinent part:

> **(a) Leave to Proceed In Forma Pauperis.**
>
> ..........................................................................
>
> (3) **Prior Approval**. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:

> (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

Fed. R. App. P. 24(a).

Petitioner's motion states he "moves this Court for leave to proceed on appeal through in forma pauperis from the judgement entered on 5th day of December, 2025 …, without prepayment of costs and fees or giving security … to the 9th Circuit Court of Appeals." (*See* Doc. 76.)

On December 15, 2023, in this now closed case, the Court authorized Petitioner to proceed IFP. (Doc. 3.) This Court has not found that the appeal is not being taken in good faith, or that Petitioner is not otherwise entitled to continue without payment of the filing fee. Consequently, Petitioner's appeal may proceed without the Court waiving the appellate filing fee. Fed. R. App. P. 24(a)(3).

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** Petitioner's motion for leave to proceed IFP on appeal (Doc. 76) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE